UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 13-232 (GK) |
| | : | |
| **ROBERT AMBROSE,** | : | UNDER SEAL |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO UNSEAL, IN PART, THE GOVERNMENT'S NOVEMBER 20, 2014, EX PARTE SUBMISSION TO THE COURT[1]

The United States of America, by and through its attorney, Ronald C. Machen Jr., the United States Attorney for the District of Columbia, respectfully moves this Court to unseal and place on the public docket, in part, the ex parte, under seal and in camera submission to this Court on November 20, 2014 (the "November 20, 2014 submission"). Specifically, the government requests that the following materials be unsealed and placed on the public docket: (1) the cover letter to the November 20, 2014 submission; (2) the cover letter to the November 17th, 2014, ex parte submission to United States District Court Judge Emmet G. Sullivan in United States v. Floyd, Cr. No. 13-305(EGS) (the "November 17th submission") attached to the November 17, 2014 submission; and (3) "Attachment C" to the November 17th submission, which consisted of a proposed disclosure letter to the defendants in United States v. Floyd, and two redacted attachments, i.e., the Federal Bureau of Investigation's ("FBI") listing of items found in Agent Lowry's FBI vehicle and the FBI's report of its review of its records related to Agent Lowry. The unsealing of this material is appropriate at this time because, on December 4, 2014, Judge Sullivan

---

[1] The government is filing this motion under seal because it discusses matters that were originally submitted to the Court for its consideration ex parte, under seal and in camera. However, as discussed herein, in the event the Court grants this motion, the government requests that this motion and its attachments be unsealed and placed on the public docket in the above-captioned case.

unsealed the cover letter and Attachment C to the November 17th submission, and placed them on the public docket in United States v. Floyd. See United States v. Floyd, Cr. No. 13-305, December 4, 2014 minute order.

At this time, the United States asks that Attachments A and B to the November 20th submission remain filed ex parte, under seal and in camera with the Court. Attachment A is an unredacted version of the FBI's listing of items found in Agent Lowry's FBI vehicle. Attachment B is an unredacted version of the FBI's report of its review of its records related to Agent Lowry. Judge Sullivan did not authorize the unsealing of either Attachment A or B on December 4, 2014.

For the convenience of the Court, the United States has attached to this motion a copy of what it is seeking to unseal and place on the public docket. See "Attachment to the Government's December 2, 2014 Motion to Unseal." Further, the United States respectfully requests that, if this motion is granted, the Court unseal and place on the public docket this motion, its attachment, and the attached proposed Order.

                Respectfully submitted,

                RONALD C. MACHEN JR.
                UNITED STATES ATTORNEY
                D.C. Bar No. 447-889

By:          /s/
                Darlene M. Soltys
                Assistant United States Attorney
                D.C. Bar No. 431-036
                Violent Crime and Narcotics
                Trafficking Section
                555 4th Street, NW, 4th Floor
                Washington, DC 20530
                (202) 252-7685
                Darlene.soltys@usdoj.gov